**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21046-CIV-ALTONAGA**

**EVA RAMOS,**

Plaintiff,

v.

**THE UNITED STATES OF AMERICA**, *et al.*,

Defendants.
_________________________/

# ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Eva Ramos's Petition for Writ of Mandamus and Complaint for Injunctive Relief [ECF No. 1], filed on March 6, 2025. Plaintiff seeks an order compelling Defendants — the United States of America, U.S. Department of Homeland Security, Kristi Noem, U.S. Citizenship and Immigration Services ("USCIS"), Kika Scott, Mary Elizabeth Brennan Seng, and Pam Bondi — to adjudicate Plaintiff's I-730 Refugee/Asylee Relative Petitions for her spouse, Elvin, and two children, Jecson and Miguel. (*See generally* Compl.). Plaintiff alleges that Defendants have improperly withheld action on the completed asylum applications for over two years. (*See id.* ¶¶ 1–4, 6). The undersigned adopts the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to hear the merits of a petitioner's immigration application, or to remand the case to the USCIS for further proceedings.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall forthwith serve Defendants with her Complaint and a photocopy of this Order. This case is remanded to the USCIS. The USCIS is

ordered to decide Plaintiff's I-730 Refugee/Asylee Relative Petitions for her spouse, Elvin, and two children, Jecson and Miguel, **within 120 days** of the date of service of this Order. The Clerk is directed to mark this case **CLOSED**. Plaintiff may file a status report after 120 days in the event Defendants do not comply with this Order, requesting that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 6th day of March, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record